426

Albert HALSEY, Movant, v. COMMON-WEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.
Oct. 31, 1952.

H. L. Rudd, Mt. Sterling, F. T. Allen, E. C. Roberts, Campton, for movant.

J. D. Buckman, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for opposed.

PER CURIAM.

Judgment of conviction for selling whisky in local option territory and imposing a fine of $50 and 30 days in jail.

Appeal denied. Judgment affirmed.